

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-15-00442-CV

**IN RE** Jose "Joe" **HINOJOSA**

Original Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

On July 17, 2015, relator Jose "Joe" Hinojosa filed a petition for writs of mandamus and prohibition and a motion for emergency relief. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 17, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CVZ-000338 D3, styled *Jose "Joe" Hinojosa v. Firefighters and Police Officers' Civil Service Commission of the City of Laredo, Texas; Irma Mireles, Vidal Cantu Jr., Jesus Torres and Luis Dovalina, Individually*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.